Ford Motor Credit Company
P.O. Box 152271
IRVING, TX 75015-2271
(877) 896-7256



P8STPY00200087
GLORIA SALAS
13317 INDIAN OAK BEND
MANOR TX 78653

***PRN***
Ford Motor Credit Company
P.O. Box 152271
IRVING, TX 75015-2271
(877) 896-7256

P8STPY00200087
GLORIA SALAS
13317 INDIAN OAK BEND
MANOR TX 78653

| Date of Repossession | 08-19-2018 |
|---|---|
| Date of Notice | Date of Contract |
| 08-21-2018 | 05-28-2016 |
| Account Number: 053510948 | |
| Buyer GLORIA SALAS | |
| Cobuyer | |
| DESCRIPTION OF PROPERTY | |
| Year | Make |
| 2016 | FORD |
| Vehicle Identification Number: | |
| 1FADP3J20GL252778 | |
| Model | Body |
| FOCUS | 4DR |



# NOTICE OF OUR PLAN TO SELL PROPERTY

**We have your property described above because you broke promises in our agreement.**

[x] **PRIVATE SALE:** We will sell the property described above at private sale sometime after **10 days** from the Date of Notice shown above.

[ ] **PUBLIC SALE:** We will sell the property described above at public sale to the highest bidder on the date below (or any adjournment date). The sale will be held as follows:

| Date of Sale | Time of Sale | Place of Sale |
|---|---|---|
| | | |
| | | |
| | | |

You may attend the sale and bring bidders if you want.

The money that we get from the sale (after paying our costs, including reasonable attorney's fees and legal expenses if permitted by law) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses. To learn the exact amount you must pay, call us at the telephone number above.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the telephone number above, or write us at the address above and request a written explanation.

If you need more information about the sale call us at the telephone number above, or write us at the address above.

We are sending this notice to the following people who have an interest in the property described above or who owe money under your agreement: 1) The buyer and any cobuyer named above; 2) Any dealer/original creditor named below; 3) If there are other people, they are named on an attachment sent with this notice.

[ ] The property has been (or will be) returned to:_____
(dealer/original creditor)
Under our agreement with your dealer/original creditor, the dealer/original creditor is to sell the property and pay you any money left over.

[ ] **PERSONAL PROPERTY:** We are holding personal property found in the motor vehicle we recovered from you. You may identify and claim this personal property on or before the 30th day after the day on which this notice was mailed or delivered, between 9:00 a.m. and 5:00 p.m. Monday through Friday. The location at which the property may be identified and claimed is:

If we have already returned your personal property to you, please disregard this notice.

[ ] Creditor has assigned to its qualified intermediary (QI Exchange, LLC) its rights (but not its obligations) with respect to the sale of each vehicle listed above.

PAYMENTS: All payments to us must be by certified check or money order.

MILEAGE DISCLOSURE: If you are aware that the mileage reflected on the vehicle's odometer is not accurate for any reason, please contact us so that we can accurately report the vehicle's mileage.

INSURANCE RIGHTS: If you don't want to get your property back, call the insurance company or the dealer/original creditor to make sure that any insurance has been cancelled. You have a right to get credit for all premium refunds.

FFNA 11988-42 May 17 Previous editions may NOT be used.
Printed in U.S.A.

CUSTOMER/CUSTOMER FILE