IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLORIA SALAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-748-RP |
| | § | |
| FORD MOTOR CREDIT COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant filed an answer on October 5, 2018. (Dkt. 6). Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **January 24, 2019**.

**SIGNED** on January 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE