IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLORIA SALAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-748-RP |
| FORD MOTOR CREDIT COMPANY, LLC, | § § § | |
| Defendant. | § | |

## ORDER

On October 17, 2019, the parties filed a Notice of Settlement informing the Court that they have settled all claims in this matter in principal and "are in the process of completing the final closing documents and filing the dismissal." (Dkt. 31). Given the parties' lingering disagreement over material terms of the settlement, the Court finds good cause to refer this case to a magistrate judge for mediation pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

Accordingly, the Court **ORDERS** that the parties are referred to United States Magistrate Judge Susan Hightower for mediation, to be scheduled at a time convenient to the parties and Magistrate Judge Hightower.

**IT IS FURTHER ORDERED** that each party or a representative with settlement authority for that party shall appear and participate in the mediation.

**IT IS FURTHER ORDERED** that all materials prepared for, and all statements made during, the mediation are confidential, unless the materials or statements are admissible or discoverable independently;

**IT IS FINALLY ORDERED** that the mediation shall be confidential, privileged from discovery, and otherwise conducted in accordance with 28 U.S.C. § 652(d) and the Local Rule CV-88(h).

**SIGNED** on October 29, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE